AO 93 (Rev 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 1:14-mj-0044 | Date and time warrant executed: January 17, 2014 | Copy of warrant and inventory left with: Daniel Healow |
|---|---|---|

Inventory made in the presence of: Special Agent Naomi Morrow

Inventory of the property taken and name of any person(s) seized:

One (1) USB 8GB Sandisk Cruzer-brand thumbdrive containing the following data pertaining to the Google, Inc. e-mail address identified in the search warrant: the user profile; the dates, times and IP addresses for logins; e-mail contents; and the address book contents.

**FILED**

FEB - 3 2014

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: February 3, 2014

_Executing officer's signature_

Naomi Morrow Special Agent
_Printed name and title_